

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2023 MAR 24  P 2: 41

CAROL L. MICHEL
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

# FELONY

### INDICTMENT FOR VIOLATIONS OF
### THE FEDERAL CONTROLLED SUBSTANCES ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **23-00055** |
| v. | * | SECTION: **SECT. R MAG. 1** |
| DANIEL STEPHEN WRAY<br>　a/k/a "Danny"<br>　a/k/a "Tubs"<br>　a/k/a "El Gordo" | * | VIOLATIONS: 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(A)<br>21 U.S.C. § 846 |

\*   \*   \*

The Grand Jury charges that:

### COUNT 1

Beginning at a time unknown but prior to September 20, 2021, and continuing until on or about October 18, 2021, in the Eastern District of Louisiana and elsewhere, the defendant, **DANIEL STEPHEN WRAY, a/k/a "Danny," a/k/a "Tubs," a/k/a "El Gordo,"** did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute 500 grams or more of a mixture

___Fee_____
✓ Process_____
X Dktd_____
___CtRmDep_____
___Doc.No._____

and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A); all in violation of Title 21, United States Code, Section 846.

## NOTICE OF FORFEITURE

1. The allegation of Count 1 of this indictment is incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **DANIEL STEPHEN WRAY, a/k/a "Danny," a/k/a "Tubs," a/k/a "El Gordo,"** shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property, constituting or derived from, any proceeds obtained, directly or indirectly, as the result of said offense, and any property, used or intended to be used, in any manner or part to commit or to facilitate the commission of said offense.

3. If any of the above-described property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.



DUANE A. EVANS
UNITED STATES ATTORNEY

J. BENJAMIN MYERS
Assistant United States Attorney

New Orleans, Louisiana
March 24, 2023

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

_____ Eastern _____ District of _____ Louisiana _____

_____ Criminal _____ Division

## THE UNITED STATES OF AMERICA

vs.

**DANIEL STEPHEN WRAY**
a/k/a "Danny"
a/k/a "Tubs"
a/k/a "El Gordo"

## INDICTMENT

### INDICTMENT FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT

VIOLATION: 21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 846

_____ ▮▮▮▮▮▮▮▮▮▮ _____

*Filed in open court this* _____ *day of* _____ A.D.

2023.

_____ *Clerk*

*Bail, $* _____

_____
J. Benjamin Myers
Assistant United States Attorney